## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**STEVEN RICHARD TAYLOR,**

      Plaintiff,                              CASE NO. 3:26-cv-469

      v.

**RICKY D. DIXON,**
Secretary, Department of Corrections,
      in his official capacity;

**RANDALL POLK**,
Warden, Florida State Prison,
      in his official capacity,

      Defendants.

_____/

## APPENDIX TO 42 U.S.C. § 1983 COMPLAINT
## FOR DECLARATORY AND INJUNCTIVE RELIEF

| TAB | DESCRIPTION |
| --- | --- |
| A | Etomidate Protocol and signed certification letter by Defendant Ricky D. Dixon (February 18, 2025) |
| B | Florida Department of Corrections Execution Drug Logs |
| C | Declaration of Dr. Joel Zivot (March 4, 2026) |
| D | Chapter 119 Requests to Florida Department of Corrections and Florida Department of Law Enforcement (November 3, 2015) |
| E | Denial of Public Records from Florida Department of Corrections (January 21, 2026) |

F    Clarification Letter and Response from Florida Department of Corrections (March 2, 2026)

       Respectfully submitted,

       /s/ Linda McDermott
       LINDA MCDERMOTT
        Chief, Capital Habeas Unit
       SEAN GUNN
       Federal Public Defender
       Northern District of Florida
       227 North Bronough St., Suite 4200
       Tallahassee, Florida 32301
       (850) 942-8818
       linda_mcdermott@fd.org

       *Counsel for Mr. Taylor*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to counsel for the Defendants, the Office of the Attorney General. Service will be completed upon issuance of the summons.

       /s/ Linda McDermott
        LINDA MCDERMOTT

# APPENDIX A



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

February 18, 2025

The Honorable Ron DeSantis
Executive Office of Governor Ron DeSantis
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001

Dear Governor DeSantis:

I have carefully reviewed the Execution by Lethal Injection Procedures issued by my Department. Pursuant to these procedures, I represent the following:

As Secretary of the Florida Department of Corrections, I have reviewed the Department's Execution by Lethal Injection Procedures to ensure proper implementation of the Department's statutory duties under Chapter 922, Florida Statutes. The procedure has been reviewed and is compatible with evolving standards of decency that mark the progress of a maturing society, the concepts of the dignity of man, and advances in science, research, pharmacology, and technology. The process will not involve unnecessary lingering or the unnecessary or wanton infliction of pain and suffering. The foremost objective of the lethal injection process is a humane and dignified death. Additional guiding principles of the lethal injection process are that it should not be of long duration, and that while the entire process of execution should be transparent, the concerns and emotions of all those involved must be addressed.

I hereby certify that the Department is prepared to administer an execution by lethal injection and has the necessary procedures, equipment, facilities, and personnel in place to do so. The Department has available the appropriate persons who meet the minimum qualifications under Florida Statutes and in addition have the education, training, or experience, including the necessary licensure or certification, required to perform the responsibilities or duties specified and to anticipate contingencies that might arise during the execution procedure.

Sincerely,

Ricky D. Dixon
Secretary

**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

## EXECUTION BY LETHAL INJECTION PROCEDURES

**PURPOSE:** To establish the procedures for the execution by lethal injection of inmates sentenced to death, pursuant to the dictates of Chapter 922, Florida Statutes and adhering to the requirements imposed under the Constitution of the State of Florida and the United States Constitution. The foremost objective of the lethal injection process is a humane and dignified death.

**APPLICATION:** This procedure applies to any execution by lethal injection conducted pursuant to Chapter 922, Florida Statutes. This procedure supersedes the Florida Department of Corrections *Execution by Lethal Injection Procedures* dated March 10, 2023.

**DEFINITIONS:**

(1) **Execution team**, where used herein, refers to correctional staff and other persons who are selected by the team warden designated by the Secretary to assist in the administration of an execution by lethal injection, and who have the training and qualifications, including the necessary licensure or certification, required to perform the responsibilities or duties specified. Individuals on the execution team will be referred to as "execution team member" or "team member" in these procedures.

(2) **Executioner**, where used herein, refers to an individual selected by the team warden to initiate the flow of lethal chemicals into the inmate. The executioner's sole function is to inject the chemicals into the IV access port by physically pushing the chemicals from the syringe. The executioner is only authorized to carry out this specific function under the direction of the team warden. An executioner shall be an adult, undergo a criminal background check and be sufficiently trained to administer the flow of lethal chemicals. The executioner must demonstrate to the satisfaction of the team warden that s/he is competent, trained, and of sufficient character to carry out the required function under the team warden's direction.

(3) **Institutional warden**, where used herein, refers to the warden of Florida State Prison, who shall be responsible for handling support functions necessary to carry out the lethal injection process.

(4) **Minister of religion**, where used herein, refers to a spiritual advisor requested by an inmate to attend an execution as permitted by section 922.11, Florida Statutes. The name of the requested minister of religion must be provided by the inmate to the institutional warden in writing on FDC Form DC6-236 within five days of the issuance of the Governor's Warrant of Execution. A minister of religion shall be an adult and shall undergo a criminal background check. The institutional warden shall also conduct a review process of the individual as described in Florida Department of Corrections rules and policies applicable to visitor approvals and to spiritual advisor visits. Such a

review will be performed even if the requested minister of religion has been previously approved for regular visitation purposes. Prior to final approval, the institutional warden may also conduct interviews of the requested minister of religion or their associates. The institutional warden may undertake any investigation necessary to verify that the minister of religion is recognized by their organized religious body as qualified to perform religious functions as a representative of the religious organization or group. The institutional warden may waive any component of the review process if the requested minister of religion is a chaplain currently employed by the Florida Department of Corrections. Candidates not employed by the Florida Department of Corrections must also execute a Spiritual Advisor Execution Agreement. The agreement is attached hereto as Appendix A.

(5) **Team warden**, where used herein, refers to the warden designated by the Secretary. The team warden shall be a person who has demonstrated through experience, training, and good moral character the ability to perform an execution by lethal injection. The team warden has the final and ultimate decision making authority in every aspect of the lethal injection process. No deviation from any part of this procedure is authorized unless approved and directed by the team warden.

## SPECIFIC PROCEDURES:

(1) **Receipt of Warrant:** These execution procedures will commence upon receipt of the Governor's Warrant of Execution. The institutional warden will schedule the execution for a date and time certain that is within the period of time designated in the warrant. The institutional warden will provide a copy of the Warrant of Execution to the Department's Secretary and General Counsel, deliver a copy to the named inmate and the team warden, and notify the Florida Department of Law Enforcement (FDLE), any state correctional institutions, and any local agencies that may be affected by the issuance of the warrant and of the date and time selected for the execution.

(2) **Selection of the Executioners:**

(a) The team warden will select two (2) executioners who are fully capable of performing the designated functions to carry out the execution. The team warden will provide each executioner with a copy of this procedure and will explain fully their respective duties and responsibilities and assure that each executioner is trained for the function assigned. The identities of the executioners will be kept strictly confidential as provided by statute.

(b) The team warden will designate one (1) of the selected executioners as the primary executioner and the other as the secondary executioner. The primary executioner will be solely responsible for administering the flow of lethal chemicals into the inmate during the execution. The secondary executioner will be present and available during the execution to assume the role of the primary executioner if the primary executioner becomes unable for any reason, as determined by the team warden, to carry out his/her functions.

(3) **Selection of the Execution Team:** The team warden will designate the execution team members and verify that each team member has the training and qualifications, and possesses current, necessary licensure or certification, required to perform the responsibilities or duties specified. The team warden will ensure that all execution team members and other involved

2

staff have been adequately trained to perform their requisite functions in the execution process. The team warden shall select personnel with sufficient training and experience to perform the technical procedures needed to carry out an execution by lethal injection, including the mixing of the chemicals and placement of the venous access lines. The identities of any team members with medical qualifications shall be strictly confidential.

(a) The team warden shall select the team member(s) responsible for achieving and monitoring peripheral venous access from the following classes of trained professionals: a phlebotomist currently certified by the American Society for Clinical Pathology (ASCP), American Society of Phlebotomy Technicians (ASPT) or American Medical Technologists (AMT); a paramedic or emergency medical technician, certified under Chapter 401, Florida Statutes; a licensed practical nurse, a registered nurse, or an advanced practice registered nurse licensed under Chapter 464, Florida Statutes; or, a physician or physician's assistant licensed under Chapter 458 or Chapter 459, Florida Statutes.

(b) The team warden shall select the team member(s) responsible for achieving and monitoring central venous access, if necessary, from the following classes of trained professionals: an advanced practice registered nurse licensed under Chapter 464, Florida Statutes; or, a physician or physician's assistant licensed under Chapter 458 or Chapter 459, Florida Statutes.

(c) The team warden shall select the team member(s) responsible for examining the inmate prior to execution to determine health issues from the following classes of trained professionals: a paramedic or emergency medical technician, certified under Chapter 401, Florida Statutes; a licensed practical nurse, a registered nurse, or an advanced practice registered nurse licensed under Chapter 464, Florida Statutes; or, a physician or physician's assistant licensed under Chapter 458 or Chapter 459, Florida Statutes.

(d) The team warden shall select the team member(s) responsible for attaching the leads to the heart monitors and observing the monitors during the administration of execution from the following classes of trained professionals: a paramedic or emergency medical technician, certified under Chapter 401, Florida Statutes; a licensed practical nurse, a registered nurse, or an advanced practice registered nurse licensed under Chapter 464, Florida Statutes; or, a physician or physician's assistant licensed under Chapter 458 or Chapter 459, Florida Statutes.

(e) The team warden shall select the team member(s) responsible for purchasing, maintaining and mixing the lethal chemicals from the following classes of trained professionals: a physician, licensed under Chapter 458 or Chapter 459, Florida Statutes; or, a pharmacist licensed under Chapter 465, Florida Statutes.

(f) The team warden shall select other execution team members to carry out the following tasks:

  1. Showering and preparation of the inmate.
  2. Ensuring that the equipment necessary for an execution is in proper working order.
  3. Escorting the inmate from his/her cell to the execution chamber.
  4. Applying restraints to the inmate prior to applying the heart monitor leads and acquiring venous access.

3

5. Maintaining the open telephone line with the Office of the Governor.
6. Reporting the actions inside the executioner's room to the team warden.
7. Maintaining the checklists that detail the events surrounding the execution.
8. Escorting the minster of religion.
9. Opening and closing the window covering to the witness gallery and turning on and off the public address (PA) system.

This list is not intended to be exhaustive. There may be other necessary tasks to carry out an execution and such tasks will be assigned by the team warden.

Each execution team member is responsible and authorized to raise concerns that become apparent during the execution and bring them to the attention of the team warden.

(4) **Training of the Execution Team and Executioners:**  There shall be sufficient training to ensure that all personnel involved in the execution process are prepared to carry out their distinct roles for an execution. All team members shall be instructed on the effects of each lethal chemical. All simulations or reviews of the process shall be considered training exercises. The team warden, or his/her designee, will conduct simulations of the execution process on a quarterly basis at a minimum or more often as needed as determined by the team warden. Additionally, a simulation shall be conducted prior to the scheduled execution. All persons involved with the execution should participate in the simulations. If a person cannot attend the simulation, the team warden shall provide for an additional training opportunity or otherwise ensure that the person is adequately trained to complete his or her assigned task. There shall be a written record of any training activities. The simulations should anticipate various contingencies. Examples of possible contingencies shall include:

(a) Issues related to problems with equipment needed to carry out an execution.

(b) Problems related to venous access of the inmate, including the necessity to obtain an alternate venous access site during the execution process.

(c) The inmate is not rendered unconscious after the administration of the etomidate injection.

(d) Combative inmate.

(e) Incapacity of any execution team member or executioner.

(f) Unanticipated medical emergency concerning the inmate, an execution team member or executioner.

(g) Problems related to the order and security at the Florida State Prison, including but not limited to disturbances, unrest or resistance.

(h) Power failure or other facility problems.

This list is not meant to be exhaustive and only provides examples of the types of contingencies that could arise during the course of an execution. The team warden is responsible for ensuring that training addresses, at a minimum, the above situations.

4

(5) **Use of Checklists:** Compliance with this procedure will be documented on appropriate checklists. Upon completion of each step in the process, an execution team member will indicate when the step has been completed. Prior to the administration of the lethal chemicals, the team warden will consult with the designated team member and verify that all steps in the process have been performed properly. At the conclusion of the process, the team warden will again consult with the designated team member and verify that the remaining steps in the process were performed properly. The team warden will then sign the forms, attesting that all steps were performed properly.

(6) **Purchase and Maintenance of Lethal Chemicals:** A designated execution team member will purchase, and at all times ensure a sufficient supply of, the chemicals to be used in the lethal injection process. The designated team member will ensure that the lethal chemicals have not reached or surpassed their expiration dates. The lethal chemicals will be stored securely at all times as required by state and federal law. The FDLE agent in charge of monitoring the preparation of the chemicals shall confirm that all lethal chemicals are correct and current.

(7) **FDLE Monitors:**

   (a) Two (2) FDLE agents shall serve as monitors and shall be responsible for observing the actions of the execution team and the condition of the condemned inmate at all times during the execution process.

   (b) The first FDLE agent shall be located in the executioner's room and is responsible for observing the preparation of the lethal chemicals and documenting and keeping a detailed log as to what occurs in the executioner's room at a minimum of two (2) minute intervals. A copy of the log shall be provided to the team warden and shall be available at the post execution debriefings.

   (c) The second FDLE agent shall be located in the execution chamber and will be responsible for keeping a detailed log of what is occurring in the execution chamber at a minimum of two (2) minute intervals. A copy of the log shall be provided the team warden and shall be available for the post execution debriefings.

(8) **Approximately One (1) Week Prior to Execution:**

   (a) The team warden will designate one or more execution team members to review the inmate's medical file and to make a limited physical examination of the inmate to determine whether there are any medical issues that could potentially interfere with the proper administration of the lethal injection process. The team member(s) will verbally report his/her findings to the team warden as soon as is practicable following the file review and physical examination. The results of this examination shall be documented in the inmate's file. After reviewing the results of the examination which should include a determination of the best access site and conferring with the team member(s) that performed the examination, the team warden shall conclude what is the more suitable method of venous access (peripheral or femoral) for the lethal injection process given the individual circumstances of the condemned inmate based on all information provided.

(b) If a team member reports any issue that could potentially interfere with the proper administration of the lethal injection process, the team warden will consult with any or all of the members of the execution team and resolve the issue.

(9) **On the Day of Execution:**

(a) A food service director, or his/her designee, will personally prepare and serve the inmate's last meal. The inmate will be allowed to request specific food and non-alcoholic drink to the extent such food and drink costs forty dollars ($40) or less, is available at the institution, and is approved by the food service director.

(b) The inmate will be escorted by one (1) or more team members to the shower area where a team member of the same sex will supervise the showering of the inmate. Immediately thereafter, the inmate will be returned to his/her assigned cell and issued appropriate clothing. A designated member of the execution team will obtain and deliver the clothing to the inmate.

(c) A designated execution team member will ensure that the telephone in the execution chamber is fully functional and that there is a fully-charged, fully-functional cellular telephone in the execution chamber. Telephone calls will be placed from the telephone to ensure proper operation. Additionally, a member of the team shall ensure that the two-way audio communication system and the visual monitoring equipment are fully functional.

(d) A designated execution team member will ensure that the PA system is fully functional.

(e) The only staff authorized to be in the execution chamber area are members of the execution team and others as approved by the team warden, including two monitors from FDLE.

(f) A designated execution team member, in the presence of one or more additional team members and an independent observer from FDLE, will prepare the lethal injection chemicals as follows, ensuring that each syringe used in the lethal injection process is appropriately labeled, including the name of the chemical contained therein:

(1) Etomidate injection: A sterile, disposable sixty cubic centimeter (60cc) syringe and needle will be used to draw fifty milliliters (50mls) of etomidate injection 2mg/ml from one or more vials containing same, for a total of one hundred milligrams (100mg) of etomidate injection. The syringe will then be fitted with an eighteen (18) gauge, one (1) inch, blunt cannula (tube), clearly labeled with the number one (1), and placed in the first slot on a stand designed to hold eight (8) such syringes in separate slots. The stand will be clearly labeled with the letter "A." This process will be repeated with a second syringe, which will be clearly labeled with a number two (2) and placed in the second slot on stand "A." Two additional syringes will be drawn in the same manner, fitted with the blunt cannula, and clearly labeled with the numbers one (1) and two (2), respectively. These two syringes will be placed in the first two slots on a second stand that has been clearly labeled with the letter "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

6

(2) <u>Rocuronium bromide injection</u>: A sterile, disposable sixty cubic centimeter (60cc) syringe will be used to draw five hundred milligrams (500mg) of rocuronium bromide injection from one or more vials containing same. The syringe will then be fitted with an eighteen (18) gauge, one (1) inch, blunt cannula (tube). This procedure will be repeated until there are four (4) syringes, each containing five hundred milligrams (500mg) of rocuronium bromide injection, for a total of two thousand milligrams (2000mg). Two syringes will be clearly labeled with the numbers four (4) and five (5), respectively, and placed into slots four (4) and five (5) on stand "A." This procedure will be repeated with the other two syringes, each of which will be fitted with a blunt cannula, labeled appropriately and placed in slots four (4) and five (5), respectively, on stand "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(3) <u>Potassium acetate injection</u>: A sterile, disposable sixty cubic centimeter (60cc) syringe will be used to draw one hundred twenty milliequivalents (120mEq) of potassium acetate injection from one or more vials containing same. The syringe will then be fitted with an eighteen (18) gauge, one (1) inch blunt cannula (tube). This procedure will be repeated until there are four (4) syringes, each containing one hundred twenty milliequivalents (120mEq) of potassium acetate injection, for a total of four hundred eighty (480) milliequivalents. Two syringes will be clearly labeled with the numbers seven (7) and eight (8), respectively, and placed into slots seven (7) and eight (8) on stand "A." This procedure will be repeated with the other two syringes, each of which will be fitted with a blunt cannula, labeled appropriately, and placed in slots seven (7) and eight (8), respectively, on stand "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(4) <u>Saline solution</u>: A sterile, disposable twenty cubic centimeter (20cc) syringe will be used to draw twenty milliliters (20ml) of sterile saline solution from one or more vials containing same. This procedure will be repeated until there are four (4) syringes, each containing twenty milliliters (20ml) of sterile saline solution, for a total of eighty (80) milliliters. Each syringe will then be fitted with an eighteen (18) gauge, one (1) inch, blunt cannula (tube). Two syringes will be clearly labeled with the numbers three (3) and six (6), respectively, and placed into slots three (3) and six (6) on stand "A." This procedure will be repeated with the other two syringes, each of which will be placed in slots three (3) and six (6), respectively, on stand "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(g) The execution team member who has prepared the lethal chemicals will transport them personally, in the presence of one or more additional members of the execution team, to the executioner's room. Stand "A" will be placed on the worktop for use by the primary executioner, to be used during the execution by lethal injection. Stand "B" will be placed on a shelf underneath the worktop within easy reach of the executioners should they be needed during the execution. Stand "B" will not be used unless expressly ordered to be used by the team warden. The lethal chemicals will remain secure until the executioners arrive. No one other than the executioners will have access to the lethal chemicals, unless a stay is granted, in which case the execution team member who

prepared the lethal chemicals will retrieve them from the locked room and dispose of them according to state and federal law.

(h) A designated execution team member will prepare, using an aseptic technique, two (2) standard intravenous (IV) infusion sets, each consisting of a pre-filled, sterile plastic bag of normal saline for IV use (a solution of sodium chloride at 0.9% concentration) with an attached drip chamber, a long sterile tube fitted with a back check valve and a clamp to regulate the flow, a connector to attach to the access device, and an extension set fitted with a luer lock tip for a blood cannula to allow for the infusion of the lethal chemicals into the line. The extension set that will be used to infuse the lethal chemicals into the primary injection line will be clearly marked with a "1," and the additional extension set that will be attached to the secondary injection line will be clearly marked with a "2."

(i) The team warden will explain the lethal injection preparation procedure to the inmate and ensure the provision of any medical assistance or care deemed appropriate. The inmate will be offered and, if accepted, will be administered intramuscular injections of hydroxyzine, in appropriate dosages relative to weight, to ease anxiety.

(j) Authorized media witnesses will be picked up at the designated media on-looker area located at New River Correctional Institution by two (2) designated Department of Corrections escort staff, transported to the main entrance of Florida State Prison as a group, cleared by security, and escorted to the population visiting park, where they will remain until being escorted to the witness room of the execution chamber by the designated escort staff.

(k) The team warden will administer both a presumptive drug test (oral swab method) and a presumptive alcohol test (breath analyzer) to each execution team member. A positive indication for the presence of alcohol or any chemical substance that may impair their normal faculties will disqualify that person from participating in the execution process. Upon the arrival of the executioners to perform their duties, the team warden will administer both a presumptive drug test (oral swab method) and a presumptive alcohol test (breath analyzer) to each executioner. A positive indication for the presence of alcohol or any chemical substance that may impair their normal faculties will disqualify that person from participating in the execution process. If one or both of the executioners is disqualified, the team warden will continue to select and test as many additional executioners as is necessary to ensure the presence of two qualified executioners at the execution.

(10) **Approximately Thirty (30) Minutes Prior to Execution:**

(a) A designated execution team member will establish telephone communication with the Office of the Governor on behalf of the team warden. The team warden will communicate with the Office of the Governor to determine whether any cause for delay exists. The phone line will remain open to the Office of the Governor during the entire execution procedure. The team member will use this open line to report the ongoing activities of the execution team and other personnel to the Office of the Governor.

(b) When the team warden determines that no cause for delay remains, a designated member of the execution team will escort the two (2) executioners into the executioner's room, where they will remain until the execution process is complete.

8

(c) The team warden will read the Warrant of Execution to the inmate. The inmate may waive the reading of the warrant.

(d) Designated members of the execution team will apply wrist restraints to the inmate and escort him/her from his cell to the execution chamber.

(e) Designated members of the execution team will assist the inmate, if necessary, in positioning himself/herself onto the execution gurney in the execution chamber.

(f) Designated members of the execution team will secure the restraining straps.

(g) One or more designated members of the execution team will attach the leads to two (2) heart monitors to the inmate's chest, ensuring that the monitors are operational both before and after the chest restraints are secured.

(h) Unless the team warden has previously determined to gain venous access through a central line, a designated team member will insert one intravenous (IV) line into each arm at the medial aspect of the antecubital fossa of the inmate and ensure that the saline drip is flowing freely. The team member will designate one IV line as the primary line and clearly identify it with the number "1." The team member will designate the other line as the secondary line and clearly identify it with the number "2." If venous access cannot be achieved in either or both of the arms, access will be secured at other appropriate sites until peripheral venous access is achieved at two separate locations, one identified as the primary injection site and the other identified as the secondary injection site.

(i) If peripheral venous access cannot be achieved, a designated team member will perform a central venous line placement, with or without a venous cut-down (wherein a vein is exposed surgically and a cannula is inserted), at one or more sites deemed appropriate by that team member. If two sites are accessed, each line will be identified with a "1" or a "2," depending on their identification as the primary and secondary lines.

(j) One or more designated members of the execution team will remove, one at a time, from the pole attached to the gurney, the two (2) saline bags and pass the bags, along with the extension sets attached to lines labeled "1" and "2," through a small opening into the executioner's room, where a team member will hang the bags on separate hooks inside the room. The designated team member(s) will ensure that the tubing from the IV insertion points to the bags has not been compromised and that the saline drip is flowing freely. The team member will be responsible for continuously monitoring the viability of the IV lines prior to and during the administration of the execution.

### (11) **Approximately Fifteen (15) Minutes Prior to Execution:**

(a) Official witnesses will be secured in the witness room of the execution chamber by two designated Department of Corrections escort staff.

(b) Authorized media witnesses will be secured in the witness room of the execution chamber.

(c) The only persons authorized in the witness room are: twelve (12) official witnesses, including family members of the victim, four (4) alternate official witnesses, one (1) nurse or medical technician, twelve (12) authorized media representatives, one (1) representative from the Department's public affairs office, one (1) designated staff escort, and one (1) designated team member. Counsel for the convicted person and a minister of religion requested by the convicted person may also be present. Any exception must be approved by the institutional warden.

(d) The institutional warden may deny access to the institution to any visitor, official witness or other person he or she deems a risk to the security of the institution. In the event there is reasonable suspicion that an individual may initiate or attempt to initiate a violent or disruptive act prior to, during, or following an execution, that person will not be permitted to witness the execution and will be escorted off the prison grounds immediately.

(e) The execution chamber will be secured. Only the team warden, one (1) additional execution team member and one (1) FDLE monitor shall be allowed in the chamber during the administration of the execution. Any exceptions or contingencies must be approved by the team warden.

(f) The executioner's room will be secured. Only the executioners, the team member reporting actions in the executioner's room to the warden, the team member reporting actions to the Office of the Governor, the team member observing the heart monitors, the team member maintaining the checklists, and the FDLE agent assigned to the executioner's room shall be allowed in the executioner's room. Any exception must be approved by the team warden.

(12) **Administration of Execution:**

(a) An execution team member will open the covering to the witness gallery window. The team warden will use the open telephone line to determine from the Governor whether there has been a stay of execution. If the team warden receives a negative response, s/he will then proceed with the execution.

(b) An execution team member will turn on the PA system. The team warden will permit the inmate to make an oral statement, which will be broadcast into the witness gallery over the PA system. At the conclusion of the inmate's statement, or if the inmate declines to make a statement, the team warden will announce that the execution process has begun. A designated member of the execution team will turn off the PA system.

(c) In the presence of the secondary executioner and within sight of one (1) or more execution team members and one (1) of the FDLE monitors, the primary executioner will administer the lethal chemicals in the following manner:

(1) The executioner will remove from the stand on the worktop the syringe labeled number one (1), which contains one hundred milligrams (100mg) of etomidate injection, place the blunt cannula into the open port of the IV extension set connected to the primary line and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

10

(2)    The executioner will remove from the stand on the worktop the syringe labeled number two (2), which contains one hundred milligrams (100mg) of etomidate injection, place the blunt cannula into the open port of the IV extension set connected to the primary line and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(3)    The executioner will remove from the stand on the worktop the syringe labeled number three (3), which contains twenty milliliters (20ml) of saline solution, place the blunt cannula into the open port of the IV extension set connected to the primary line, and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(4)    At this point, the team warden will assess whether the inmate is unconscious. The team warden must determine, after consultation, that the inmate is indeed unconscious. If the inmate is unconscious and the team warden orders the executioners to continue, the executioners shall proceed to step (12)(c)(6).

(5)    In the event that the inmate is not unconscious, the team warden shall signal that the execution process is suspended and note the time and order the window covering to the witness gallery to be closed. The execution team shall assess the viability of the secondary access site. If the secondary access site is deemed viable, then the team member shall designate this site as the new primary access site. If the secondary access site is compromised, a designated execution team member will secure peripheral venous access at another appropriate site or will perform a central venous line placement, with or without a venous cut-down, at one or more sites deemed appropriate by that team member. Once the team warden is assured that the team has secured a viable access site, the team warden shall order the drapes to be opened and signal that the execution process will resume. The executioners will then be directed to initiate the administration of lethal chemicals from stand "B" into the newly established primary line, starting with the syringes of etomidate injection, labeled one (1) and two (2) and the first syringe of saline. The executioners will continue to use the remaining chemicals from stand "B" throughout the execution at the direction of team warden. The team warden will then again proceed to step (12)(c)(4) and assess whether the inmate is unconscious.

(6)    The executioner will remove from the stand on the worktop the syringe labeled number four (4), which contains five hundred milligrams (500mg) of rocuronium bromide injection, place the blunt cannula into the open port of the IV extension set connected to the primary line, and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(7)    The executioner will remove from the stand on the worktop the syringe labeled number five (5), which contains five hundred milligrams (500mg) of rocuronium bromide injection, place the blunt cannula into the open port of the IV extension

11

set connected to the primary line, and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(8)   The executioner will remove from the stand on the worktop the syringe labeled number six (6), which contains twenty milliliters (20ml) of saline solution, place the blunt cannula into the open port of the IV extension set connected to the primary line, and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(9)   The executioner will remove from the stand on the worktop the syringe labeled number seven (7), which contains one hundred twenty milliequivalents (120mEq) of potassium acetate injection, place the blunt cannula into the open port of the IV extension set connected to the primary line, and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(10)  The executioner will remove from the stand on the worktop the syringe labeled number eight (8), which contains one hundred twenty milliequivalents (120mEq) of potassium acetate injection, place the blunt cannula into the open port of the IV extension set connected to the primary line, and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(11)  The primary executioner shall at all times administer the lethal injection chemicals. Only if the primary executioner becomes incapacitated shall the secondary executioner administer the lethal chemicals. At no time shall more than one (1) executioner inject any lethal chemicals to complete the execution.

(d) If at any time during the administration of the lethal chemicals the primary venous access becomes compromised, the team warden shall order the execution process stopped and order the window covering to the witness gallery to be closed. The execution team shall assess the primary access site and assess the viability of the secondary access site and take appropriate remedial action at the access site, if necessary. If neither access site is viable, a designated execution team member will secure peripheral venous access at another appropriate site or will perform a central venous line placement, with or without a venous cut-down, at one or more sites deemed appropriate by that team member. Once the team warden is assured that the execution team has secured a viable access site, the warden shall order the drapes to be opened and direct that the execution process will resume using the newly established primary line. The executioners will be directed to initiate the administration of lethal chemicals from stand "B" into the IV set attached to the newly established primary line, starting with the syringes of etomidate injection, labeled one (1) and two (2) and the first syringe of saline, labeled number three (3). The team warden will then proceed to step (12)(c)(4), as described above.

(e) Throughout the execution process, one (1) or more designated execution team members will observe the heart monitors. If the heart monitors reflect a flat line reading during or following the complete administration of the lethal chemicals, a physician will examine the inmate to determine whether there is complete cessation of respiration and heartbeat.

(f) Once the inmate is pronounced dead by the physician, a designated member of the execution team will record the time of death on the appropriate lethal injection procedures checklist.

(g) The team warden will notify the Governor via the open phone line that the sentence has been carried out and the time of death.

(h) A designated execution team member will turn on the PA system. The team warden shall make the following announcement to the witnesses in the gallery: "The sentence of the State of Florida vs. [Inmate Name] has been carried out at [time of day]."

(i) The designated team member will close the window covering to the witness gallery.

(j) The designated Department of Corrections escort staff will escort all witnesses, all of the media pool and any other individuals who are not members of the execution team from the witness room and the execution chamber.

(13) **Immediate Post-Execution Procedures:**

(a) Designated execution team members will dispose of the equipment and any remaining chemicals as required by state and federal law.

(b) The institutional warden will coordinate the entry of hearse attendants for recovery of the inmate's body.

(c) The inmate's body will be removed from the execution table by hearse attendants under the supervision of the designated team member.

(d) The institutional warden, or his/her designee, will obtain a certification of death from the physician and will deliver the certification to the hearse attendants prior to their departure.

(e) The inmate's body will be transported by the hearse attendants to the medical examiner's office in Alachua County for an autopsy.

(f) The team warden shall conduct a brief debriefing interview with every execution team member and the executioners, documenting any exceptional circumstances that arose during the execution. Subsequent debriefings will take place, as appropriate.

(14) **Follow-Up Procedures:**

(a) The institutional warden will forward the Warrant of Execution and a signed statement of the execution to the Secretary of State.

(b) The institutional warden will file an attested copy of the Warrant of Execution and a signed statement of the execution with the clerk of the court that imposed the sentence.

13

(c) The institutional warden, or his/her designee, will advise central office records by e-mail of the inmate's name and the date and time of death by execution.

(15) **Periodic Review and Certificate from Secretary:** There will be a review of the lethal injection procedure by the Secretary of the Florida Department of Corrections, at a minimum of once every two years, or more frequently as needed. The review will take into consideration the available medical literature, legal jurisprudence, and the protocols and experience from other jurisdictions. The Secretary of the Department of Corrections shall, upon completion of this review, certify to the Governor of the State of Florida confirming that the Department is adequately prepared to carry out executions by lethal injection. The Secretary will confirm with the team warden that the execution team satisfies current licensure and certification and all team members and executioners meet all training and qualifications requirements as detailed in these procedures. A copy of the certification shall be provided to the Attorney General and the institutional warden shall provide a copy to a condemned inmate and counsel for the inmate after a warrant is signed.

The certification shall read:

As Secretary of the Florida Department of Corrections, I have reviewed the Department's Execution by Lethal Injection Procedures to ensure proper implementation of the Department's statutory duties under Chapter 922, Florida Statutes. The procedure has been reviewed and is compatible with evolving standards of decency that mark the progress of a maturing society, the concepts of the dignity of man, and advances in science, research, pharmacology, and technology. The process will not involve unnecessary lingering or the unnecessary or wanton infliction of pain and suffering. The foremost objective of the lethal injection process is a humane and dignified death. Additional guiding principles of the lethal injection process are that it should not be of long duration, and that while the entire process of execution should be transparent, the concerns and emotions of all those involved must be addressed.

I hereby certify that the Department is prepared to administer an execution by lethal injection and has the necessary procedures, equipment, facilities, and personnel in place to do so. The Department has available the appropriate persons who meet the minimum qualifications under Florida Statutes and in addition have the education, training, or experience, including the necessary licensure or certification, required to perform the responsibilities or duties specified and to anticipate contingencies that might arise during the execution procedure.

**RICKY D. DIXON**
**SECRETARY**

$\underline{2/18/2025}$
**DATE**

# APPENDIX B

**DRUG NAME:** Etomidate 2mg/mL (20mg/10mL) **PACKAGE SIZE:** 10 x 10mL

**NDC#** ████████████

| DATE | INVOICE NAME/# | LOT# | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|------|-----------|-----|----------------------|---------|
| 6/24/25 | ████████████ | ████ | 3/2027 | ████ | + 100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _Etomidate 20mg/10ml_____ PACKAGE SIZE _10 x 10ml_____

NDC# ███████████████████████████

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---|---------|
| 9-30-19 | | | 06-2021 | | + | 100 | 100 |
| 6-14-19 | | | June 202 | | + | 100 | 200 |
| 8-27-20 | | | 06-2021 | | + | 160 | |
| 8-27-20 | | | 01-2022 | | + | 40 | 400 |
| 9-11-20 | | | 06-2021 | | + | 60 | 460 |
| 12-14-20 | | | 06-2021 | | + | 30 | 490 |
| 12-14-20 | | | 01-2022 | | + | 110 ✓ | 600 |
| 6-28-21 | | | | | − | 450 | 150 |
| 8-06-21 | | | 07-2022 | | + | 120 | 270 |
| 2-3-22 | | | 01-2022 | | − | 150 | 120 |
| 12-08-22 | | | 07-2022 | | − | 120 | —0— |
| 2-20-23 | | | 11-2024 | | + | 40 | 40 |
| 3-02-23 | | | 12-2024 | | + | 50 | 90 |
| 3-06-23 | | | 12/2024 | | + | 50 | 140 |
| 1-3-20 | | | 11-2024 | | −40 | | 100 |
| 1-3-25 | | | 12-2024 | | −50 | | 50 |
| 1-3-25 | | | 11-2024 | | −50 | | 0 |
| 4/21/25 | | | 01-2027 | | + 100 | | 100 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**DRUG NAME:** Etomidate 2mg/mL (40mg/20mL) **PACKAGE SIZE:** 10 x 20 mL

**NDC#** ▮▮▮▮▮▮▮▮▮▮▮▮

| DATE | INVOICE NAME/# | LOT# | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 6/24/25 | ▮▮▮▮▮▮▮▮▮ | | 3/2027 | ▮▮▮▮▮ | + 100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME** Etomidate 40mg/20mL          **PACKAGE SIZE** 10 x 20mL

**NDC#** ███████████

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 4-23-25 | Balance From Previous Page | | | | | 330 |
| 4-8-25 | | | 5-25 | | −10 | 320 |
| 5-1-25 | | | 5-25 | | −10 | 310 |
| 5-15-25 | | | 5-25 | | −10 | 300 |
| 5-23-25 | | | 1-27 | | +100 | 400 |
| 5-29-25 | | | 5-25 | | −10 | 390 |
| 6/12/25 | | | 6-25 | | −10 | 380 |
| 6/25/25 | | | 6-25 | | −50 | 330 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME Potassium Acetate 2mEq/mL 20mL PACKAGE SIZE 25×20mL

NDC# ███████████████████

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 6/14/23 | Balance | | | | | 361 |
| 6/15/23 | | | 6/20/23 | | −12 | 349 |
| 7/14/23 | | | 06/2023 | | − 2 | 347 |
| 9/3/23 | | | 12/2024 | | −12 | 335 |
| 10/3/23 | | | 10/2025 | | −47 | 288 |
| 10-3-23 | | | 12/2024 | | −12 | 276 |
| 8-29-24 | | | 12/2024 | | − 12 | 264 |
| 1-3-2025 | | | 12-2024 | | −64 | 200 |
| 2-13-25 | | | 10-2025 | | −12 | 188 |
| 3/20/25 | | | 10-2025 | | −12 | 176 |
| 3/18/25 | | | 11/30/26 | | + 25 | 201 |
| 3/18/25 | | | 9/30/26 | | + 50 | 251 |
| 4/7/25 | | | 9/30/26 | | + 25 | 276 |
| 4/7/25 | | | 4/30/27 | | + 50 | 326 |
| 4/8/25 | | | 10-2025 | | − 12 | 314 |
| 4/16/25 | | | 9/30/26 | | −25 | 289 |
| 5/1/25 | | | 10-2025 | | − 12 | 277 |
| 5/15/25 | | | 10-2025 | | − 12 | 265 |
| 6/12/25 | | | 10-2025 | | − 7 | 258 |
| 6/25/25 | | | 10-2025 | | −17 | 241 |
| 7/16/25 | | | 10-2025 | | −12 | 229 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Potassium Acet 2mEq/mL   **PACKAGE SIZE:** 25 x 20mL vials

**NDC#** ████████████

| DATE | INVOICE NAME/# | LOT# | EXP. DATE | MFR | 1 vial = #1 RECEIVED/USED (+/-) | BALANCE |
|------|----------------|------|-----------|-----|-------------------------------|---------|
| 5/23/25 | ████████████ | | 12/2026 | ████████ | + 100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _ROCURONIUM   100mg / 10 ml_   PACKAGE SIZE _10 X 10 ml_

NDC# ████████████

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|---------------|-------|-----------|-----|---------------------|---------|
| 3-07-24 | | | Jan 2025 | | + 10 | 10 |
| 3/11/24 | | | JUN 2025 | | + 80 | 90 |
| 1-3-2025 | | | 03/2026 | | + 30 | 120 |
| 3-6-2025 | | | 03/2026 | | + 100 | 220 |
| 3/20/25 | | | JUN 2025 | | − 20 | 200 |
| 4-2-25 | | | Mar 2026 | | + 200 | 400 |
| 4-8-25 | | | JUN 2025 | | −20 | 380 |
| 4-16-25 | | | JUN 2025 | | − 10 | 370 |
| 5/1/25 | | | JUN 2025 | | − 20 | 350 |
| 4/23/25 | | | 10/2026 | | +30 | 380 |
| 4/23/25 | | | 3/2026 | | +70 | 450 |
| 5/23/25 | | | 10/2026 | | + 100 | 550 |
| 6/9/25 | | | JUN 2025 | | − 10 | 540 |
| 6/12/25 | | | JUN 2025 | | − 10 | 530 |
| 6/12/25 | | | 3/2026 | | −10 | 520 |
| 6/25/25 | | | 3/2026 | | −10 | 510 |
| 7/16/25 | | | 3/2026 | | −20 | 490 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _Rocuronium   50 mg /5 ml_     PACKAGE SIZE _10 x 5 ml_

NDC# _____ ███████████

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 3-07-24 | ████████ | | JUN 2025 | ███ | + 40 | 40 |
| 1-3-2025 | | | Sep 2025 | | +90 | 130 |
| 4-2-2025 | | | APR 2026 | | + 80 | 210 |
| 4-2-2025 | | | AUG 2026 | | + 40 | 250 |
| 5-15-2025 | | | JUN 2025 | | — 40 | 210 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _ROCURONIUM       50mg/5ml_       PACKAGE SIZE _10 VIAL  of 5ml_

NDC# _██████████_

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 8-15-23 | ███████████ | | 01-2026 | ████████ | +  100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Sodium CL 0.9% (BAG)

**NDC#** ████████████████

**PACKAGE SIZE:** 10 x 1000 mL

(1 bag = #1)

| DATE | INVOICE NAME/# | LOT# | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 5/23/25 | ███████████████ | | 2/2026 | ████████ | + 20 | 20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Sodium CL 0.9% (BAG)    **PACKAGE SIZE:** 12 x 1000mL

**NDC#** ▮▮▮▮▮▮▮

| DATE | INVOICE NAME/# | LOT# | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 5/7/25 | ███████ | | 01/2027 | ████ | + 12 | 12 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _Sooium C₁ 0.9%_　　　　PACKAGE SIZE _12 × 1000 ml_

NDC# ████████

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 5-20-2021 | ████ | ████ | 9-2023 | ██ | + 24 | 24 |
| 3-15-2022 | ████ | ████ | 4-2025 | ██ | + 12 | 36 |
| 5/3/23 | ████ | ████ | 9/2023 | ██ | -4 | 32 |
| 10-2-23 | ████ | ████ | 9-2023 | ██ | -20 | 12 |
| 03-01-24 | ████ | ████ | 01-2026 | ██ | +12 | 24 |
| 8-29-24 | ████ | ████ | 4-2025 | ██ | -2 | 22 |
| 2-13-25 | ████ | ████ | 4-2025 | ██ | -2 | 20 |
| 3-17-25 | ████ | ████ | 2-2027 | ██ | +24 | 44 |
| 3-17-25 | ████ | ████ | 2-2027 | ██ | +24 | 44 |
| 3/20/25 | ████ | ████ | 1-2026 | ██ | -2 | 42 |
| 4/8/25 | ████ | ████ | 4-2025 | ██ | -8 | 34 |
| 4/8/25 | ████ | ████ | 1-2026 | ██ | -4 | 30 |
| 5/1/25 | ████ | ████ | 1-2026 | ██ | -2 | 28 |
| 5/15/25 | ████ | ████ | 1-2026 | ██ | -2 | 26 |
| 5/29/25 | ████ | ████ | 7-2027 | ██ | +12 | 38 |
| 6/2/25 | ████ | ████ | 8-2027 | ██ | +24 | 62 |
| 6/12/25 | ████ | ████ | 1-2026 | ██ | -2 | 60 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _Sodium Chloride 0.9%_    PACKAGE SIZE _25 X 20mL_

NDC# _█████████████_

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 8/14/24 | | | Oct-01-2025 | | +50 | +50 |
| 2-13-25 | | | Oct-01-2025 | | -6 | 44 |
| 3-6-25 | | | Jul-31-202 | | +25 | 69 Incorrect Invoice # -ML |
| 3-6-25 | | | Jul-31-202 | | +25 | 69 |
| 3/20/25 | | | 10-01-2025 | | -6 | 63 |
| 4/2/25 | | | 07-31-2026 | | +50 | 113 |
| 4/8/25 | | | 10-01-2025 | | -6 | 107 |
| 5/1/25 | | | 10-01-2025 | | -6 | 101 |
| 5/15/25 | | | 10-01-2025 | | -6 | 95 |
| 5/23/25 | | | 7-31-2026 | | +50 | 145 ✓ |
| 6/12/25 | | | Jul-31-2026 | | -6 | 139 |
| 6/25/25 | | | 10-01-2025 | | -6 | 133 |
| 7/16/25 | | | 10-01-2025 | | -7 | 126 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME** *HYDROXYZINE    HCl    25 mg / ml*    **PACKAGE SIZE** *25 × 1 ml*

**NDC#** ▮▮▮▮▮▮▮▮

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 02-01-2024 | | | MAR 2025 | | + 25 | 25 |
| 8-29-2024 | | | Mar 2025 | | − 2 | 23 |
| 1-3-2025 | | | 08-2026 | | +25 | 48 |
| 2-13-25 | | | Mar 2025 | | −3 | 45  45 |
| 3/20/25 | | | Mar 2025 | | −3 | 42 |
| 4-2-25 | | | Aug 2026 | | + 25 | 67 |
| 4/8/25 | | | Aug 2026 | | − 4 | 63 |
| 4/16/25 | | | MAR 2025 | | −17 | 46 |
| 5/1/25 | | | Aug 2026 | | − 4 | 42 |
| 5/15/25 | | | Aug 2026 | | − 3 | 39 |
| 5/23/25 | | | Aug 2026 | | + 25 | 64 |
| 6/12/25 | | | Aug 2026 | | − 3 | 61 |
| 6/25/25 | | | Aug 2026 | | − 2 | 59 |
| 7/16/25 | | | Aug 2026 | | − 2 | 57 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME _Lidocaine HCl 1% 10ml_     PACKAGE SIZE _25 x 10ml_

NDC# ▮▮▮▮▮▮▮▮▮▮▮

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 1-3-2025 | ▮▮▮▮▮▮▮▮ | | Sep 2026 | ▮▮▮ | + 25 | 25 |
| 3/20/25 | | | Sep 2026 | | − 2 | 23 |
| 4-08-25 | | | Sep 2026 | | − 2 | 21 |
| 5/1/25 | | | Sep 2026 | | 0 | 21 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



| | INVOICE DATE | 05/07/2025 | |
|---|---|---|---|
| | PO | | |
| | ORDER DATE | 03/05/2025 | |
| | SHIP DATE | 05/07/2025 | PIECES INVOICED 1 |



| LINE | ITEM | NDC/UPC | ORIG ORDER QTY | ORDER QTY | INVOICED QTY | OMIT CODE | UOM | DESCRIPTION | SIZE | FORM | CLASS | MSG | DEPT/ACC/CC2 | UNIT PRICE | EXTENDED PRICE | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 1 | 1 | | | SODIUM CL IS 0.9% 12X1000ML LF | 12X10 | IS | | | EXP: 1/27 | 62.83 | 62.83 | |

```
------SUMMARY------
TOTAL RX        62.83
TOTAL OTC        0.00
NET AMOUNT      62.83
```

| | SUB TOTAL | 62.83 |
|---|---|---|
| | | |
| | | |
| | | |
| | GRAND TOTAL | 62.83 |
| | TOTAL DUE BY | 06/06/2025 |

| INVOICE DATE | 05/23/2025 | | |
|---|---|---|---|
| PO | | | |
| ORDER DATE | 05/22/2025 | | |
| SHIP DATE | 05/23/2025 | PIECES INVOICED | 29 |

| LINE | ITEM | NDC/UPC | ORIG ORDER QTY | ORDER QTY | INVOICE QTY | OMIT CODE | UOM | DESCRIPTION | SIZE | FORM | CLASS | MSG | DEPT/ACC/CC2 | UNIT PRICE | EXTENDED PRICE | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 2 | 2 ✓ | | | SODIUM CL IS 0.9% 10X1000ML | 10X10 | IS | | | EXP:2/26 | 26.82 | 53.64 | |
| | | | 4 | 4 | 4 ✓ | | | POTASS ACET SD 2MEQ/ML25X20ML FTV | 25X20 | SD | | | EXP: 12/26 | 123.34 | 493.36 | |
| | | | 10 | 10 | 10 ✓ | | | ROCURONIUM MD 10MG/ML 10X10ML | 10X10 | MD | | | EXP: 10/26 | 41.29 | 412.90 | |
| | | | 10 | 10 | 10 ✓ | | | ETOMIDATE SD 2MG/ML 10X20ML | 10X20 | SD | | | EXP: 1/27 | 39.35 | 393.50 | |
| | | | 1 | 1 | 1 ✓ | | | HYDROXYZ HCL SD 25MG/ML 25X1ML | 25X1 | MSD | | | EXP:8/26 | 441.59 | 441.59 | |
| | | | 2 | 2 | 2 ✓ | | | SODIUM CL SF 0.9% 25X20ML | 25X2 | SF | | | EXP: 7/31/26 | 22.24 | 44.48 | |

```
--------------------------SUMMARY--------------------------
TOTAL RX        1,839.47
TOTAL OTC           0.00
NET AMOUNT      1,839.47
```

| SUB TOTAL | 1,839.47 |
|---|---|
| | |
| | |
| | |
| | |
| GRAND TOTAL | 1,839.47 |
| TOTAL DUE BY | 06/22/2025 |

| INVOICE DATE | 05/29/2025 | | |
|---|---|---|---|
| PO | | | |
| ORDER DATE | 03/05/2025 | | |
| SHIP DATE | 05/29/2025 | PIECES INVOICED | 1 |

| LINE | ITEM | NDC/UPC | ORIG ORDER QTY | ORDER QTY | INVOICED QTY | OMIT CODE | UOM | DESCRIPTION | SIZE | FORM | CLASS | MSG | DEPT/ACC/CC2 | UNIT PRICE | EXTENDED PRICE | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 1 | 1 | | | SODIUM CL IS 0.9% 12X1000ML EXC | 12X10 | IS | | ✓ | EXP: 7/27 | 29.99 | 29.99 | |

```
-------------------------------SUMMARY-------------------------------
TOTAL RX                29.99
TOTAL OTC                0.00
NET AMOUNT              29.99
```

| SUB TOTAL | 29.99 |
|---|---|
| | |
| | |
| | |
| | |
| GRAND TOTAL | 29.99 |
| TOTAL DUE BY | 06/28/2025 |

| INVOICE DATE | 06/24/2025 |
|---|---|
| PO | |
| ORDER DATE | 04/01/2025 |
| SHIP DATE | 06/24/2025 **PIECES INVOICED** 20 |

| LINE | ITEM | NDC/UPC | ORIG ORDER QTY | ORDER QTY | INVOICED QTY | OMIT CODE | UOM | DESCRIPTION | SIZE | FORM | CLASS | MSG | DEPT/ACC/CC2 | UNIT PRICE | EXTENDED PRICE | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 10 | 10 | 8 | ✗ | | ETOMIDATE SD 2MG/ML 10X20ML | 10X20 | SD | | | EXP: 3/27 | 41.96 | 335.68 | |
| | | | 10 | 10 | 8 | ✗ | | ETOMIDATE SD 2MG/ML 10X10ML | 10X10 | SD | | | | 30.03 | 240.24 | |
| | | | 10 | 10 | 2 | ✗ | | ETOMIDATE SD 2MG/ML 10X10ML | 10X10 | SD | | | EXP: 3/27 | 30.03 | 60.06 | |
| | | | 10 | 10 | 2 | ✗ | | ETOMIDATE SD 2MG/ML 10X20ML | 10X20 | SD | | | | 41.96 | 83.92 | |

————————————SUMMARY————————————

| | |
|---|---|
| **TOTAL RX** | 719.90 |
| **TOTAL OTC** | 0.00 |
| **NET AMOUNT** | 719.90 |

EXP: 3/27

| SUB TOTAL | 719.90 |
|---|---|
| | — |
| | - |
| | |
| **GRAND TOTAL** | **719.90** |
| **TOTAL DUE BY** | **07/24/2025** |



| INVOICE DATE | 06/02/2025 | |
| PO | | |
| ORDER DATE | 04/01/2025 | |
| SHIP DATE | 06/02/2025 | PIECES INVOICED 2 |



| LINE | ITEM | NDC/UPC | ORIG ORDER QTY | ORDER QTY | INVOICED QTY | OMIT CODE | UO A | DESCRIPTION | SIZE | FORM | CLASS | MSG | DEPT/ACC/CC2 | UNIT PRICE | EXTENDED PRICE | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 2 | 2 | | | SODIUM CL IS 0.9% 12X1000ML EXC | 12X10 | IS | | | EXP 8/27 | 29.99 | 59.98 | |

```
-------------------------SUMMARY-------------------------
TOTAL RX                           59.98
TOTAL OTC                           0.00
NET AMOUNT                         59.98
```

| SUB TOTAL | 59.98 |
|---|---|
| | |
| | |
| | |
| | |
| GRAND TOTAL | 59.98 |
| TOTAL DUE BY | 07/02/2025 |

**DRUG NAME:** Etomidate 2mg/mL    Package Size: 10 x 10 mL    Page: 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 6/24/25 | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | 3/31/2027 | + 100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Etomidate 20mg/10mL  *Package Size:* 10 x 10mL    Page: 2

PREVIOUS BALANCE: 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 4/21/25 | ███████████ | | | 1/31/2027 | + 100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Etomidate 2mg/mL (20 mg) **Package Size:** 10 x 10mL    **Page:** 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 9/22/2025 | | | | 04/30/2027 | + 48 | 48 |
| 9/22/2025 | | | | 04/30/2027 | + 2 | 50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Etomidate 2mg/mL (40mg/20mL)    *Package Size:* 10 x 20 mL    Page: 1

PREVIOUS BALANCE: 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 6/24/25 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | 3/31/2027 | + 100 | 100 |
| 7/28/25 | | | | 3/31/2027 | +50 | 150 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DRUG NAME: Etomidate 40mg/20mL   Package Size: 10 X 20mL (10 vials)   Page: 2

PREVIOUS BALANCE: 330

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 4/8/25 | | | | 5/31/2025 | − 10 | 320 |
| 5/1/25 | | | | 5/31/2025 | − 10 | 310 |
| 5/15/25 | | | | 5/31/25 | − 10 | 300 |
| 5/23/25 | | | | 1/31/2027 | + 100 | 400 |
| 5/29/25 | | | | 5/31/2025 | − 10 | 390 |
| 6/12/25 | | | | 6/30/2025 | −10 | 380 |
| 6/25/25 | | | | 6/30/2025 | −50 | 330 |
| 7/28/25 | | | | 7/31/2025 | −10 | 320 |
| 8/1/25 | | | | 7/31/2025 | − 20 | 300 |
| 8/9/25 | | | | 1/31/2025 | −10 | 290 |
| 8/29/25 | | | | 1/31/2025 | −10 | 280 |
| 9/17/25 | | | | 1/31/2025 | −10 | 270 |
| 9/30/25 | | | | 1/31/2025 | −10 | 260 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Hydroxyzine HCL 25mg/mL **Package Size:** 25 x 1 mL

**Page:** 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 2/1/2024 | | | | 03/31/2025 | + 25 | 25 |
| 8/29/2024 | | | | 2/21/2025 | − 2 | 23 |
| 1/3/2025 | | | | 8/31/2026 | + 25 | 48 |
| 2/13/2025 | | | | 3/31/2025 | −3 | 45 |
| 3/20/2025 | | | | 3/31/2025 | − 3 | 42 |
| 4/2/2025 | | | | 8/31/2026 | + 25 | 67 |
| 4/8/2025 | | | | 8/31/2026 | −4 | 63 |
| 4/16/2025 | | | | 3/31/2025 | −17 | 46 |
| 5/1/2025 | | | | 8/31/2026 | −4 | 42 |
| 5/15/2025 | | | | 8/31/2026 | −3 | 39 |
| 5/23/2025 | | | | 8/31/2026 | +25 | 64 |
| 6/12/25 | | | | 8/31/2026 | − 3 | 61 |
| 6/25/25 | | | | 8/31/2026 | − 2 | 59 |
| 7/16/25 | | | | 8/31/2026 | − 2 | 57 |
| 7/28/25 | | | | 8/31/2026 | + 25 | 82 |
| 7/28/25 | | | | 8/31/2026 | − 2 | 80 |
| 8/19/25 | | | | 8/31/2026 | − 2 | 78 |
| 8/29/25 | | | | 8/31/2026 | − 2 | 76 |
| 9/17/25 | | | | 8/31/2026 | − 2 | 74 |
| 9/30/25 | | | | 8/31/2026 | − 2 | 72 |

**DRUG NAME:** Lidocaine HCL 1% (10mL)  **Package Size:** 25 x 10 mL   Page: 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 1/3/25 | | | | 09/30/2026 | + 25 | 25 |
| 3/20/25 | | | | 9/30/2026 | − 2 | 23 |
| 4/8/25 | | | | 9/30/2026 | − 2 | 21 |
| 7/28/25 | | | | 9/30/2027 | + 50 | 71 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Potassium Acetate 2mEq/ml  **Package Size:** 25 x 20ml   **Page:** 4

**PREVIOUS BALANCE:** 193

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 9/17/25 | | | | 10/31/2025 | −12 | 181 |
| 9/30/25 | | | | 10/31/2025 | −12 | 169 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page 2

**DRUG NAME** Potassium Acetate 2mEq/mL 20mL  **PACKAGE SIZE** 25×20mL

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|---------------|-------|-----------|-----|---------------------|---------|
| 6/14/23 | Balance | | | | | 361 |
| 6/15/23 | | | 6/20/23 | | − 12 | 349 |
| 7/19/23 | | | 06/2023 | | − 2 | 347 |
| 9/3/23 | | | 12/2024 | | − 12 | 335 |
| 10/3/23 | | | 10/2025 | | − 47 | 288 |
| 10-3-23 | | | 12/2024 | | − 12 | 276 |
| 8-29-24 | | | 12/2024 | | ~ 12 | 264 |
| 1-3-2025 | | | 12-2024 | | − 64 | 200 |
| 2-13-25 | | | 10-2025 | | − 12 | 188 |
| 3/20/25 | | | 10-2025 | | − 12 | 176 |
| 3/18/25 | | | 11/30/26 | | + 25 | 201 |
| 3/18/25 | | | 9/30/26 | | + 50 | 251 |
| 4/7/25 | | | 9/30/26 | | + 25 | 276 |
| 4/7/25 | | | 4/30/27 | | + 50 | 326 |
| 4/8/25 | | | 10-2025 | | − 12 | 314 |
| 4/16/25 | | | 9/30/26 | | − 25 | 289 |
| 5/1/25 | | | 10-2025 | | ~ 12 | 277 |
| 5/15/25 | | | 10-2025 | | − 12 | 265 |
| 6/12/25 | | | 10-2025 | | − 7 | 258 |
| 6/25/25 | | | 10-2025 | | − 17 | 241 |
| 7/16/25 | | | 10-2025 | | − 12 | 229 |
| 7/28/25 | | | 10-2025 | | − 12 | 217 |
| 8/19/25 | | | 10-2025 | | − 12 | 205 |
| 8/29/25 | | | 10-2025 | | − 12 | 193 |

**DRUG NAME:** Potassium Acet. 2mEq/mL  **Package Size:** 25 x 20mL   Page: 1

████████████████████████████████████  **PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 5/23/25 | ██████ | ██████ | ██████ | 12/31/2026 | + 100 | 100 |
| 7/28/25 | ██████ | ██████ | ██████ | 12/31/2026 | + 125 | 225 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Potassium Act. 2 mEq/mL **Package Size:** 25 x **50mL**     Page: 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|----------------------|---------|
| 7/28/25 | ████████ | | | 10/31/2026 | + 50 | 50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page 1

**DRUG NAME** Sodium Chloride 0.9%   **PACKAGE SIZE** 25 x 20mL

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 8/14/24 | | | Oct-01-2025 | | +50 | +50 |
| 2-13-25 | | | Oct-01-2025 | | -6 | 44 |
| 3-6-25 | | | Jul-31-202 | | +25 | 69 Incorrect Invoice # |
| 3-6-25 | | | Jul-31-202 | | +25 | 69 |
| 3/20/25 | | | 10-01-2025 | | -6 | 63 |
| 4/2/25 | | | 07-31-2026 | | +50 | 113 |
| 4/8/25 | | | 10-01-2025 | | -6 | 107 |
| 5/1/25 | | | 10-01-2025 | | -6 | 101 |
| 5/15/25 | | | 10-01-2025 | | -6 | 95 |
| 5/23/25 | | | 7-31-2026 | | +50 | 145 |
| 6/12/25 | | | Jul-31-202 | | -6 | 139 |
| 6/25/25 | | | 10-01-2025 | | -6 | 133 |
| 7/16/25 | | | 10-01-2025 | | -7 | 126 |
| 7/28/25 | | | 10-31-2025 | | +50 | 176 |
| 7/28/25 | | | 10-01-2025 | | -6 | 170 |
| 8/19/25 | | | 10-01-2025 | | -1 | 169 |
| 8/19/25 | | | 7-31-2026 | | -5 | 164 |
| 8/28/25 | | | 7-31-2026 | | -6 | 158 |
| 9/17/25 | | | 7-31-2026 | | -6 | 152 |
| 9/30/25 | | | 7-31-2026 | | -6 | 146 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Sodium CL 0.9% (BAG)　**Package Size:** 10 x 1000mL　Page: 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 5/23/25 | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | 2/28/2026 | + 20 | 20 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**DRUG NAME:** Sodium CL 0.9% (BAG)    **Package Size:** 12 x 1000 mL    Page: 1

████████████████████████████    **PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 5/7/2025 | ████████████████████████████████ | | | 01/31/2027 | + 12 | 12 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME** Sodium Cl 0.9%

**PACKAGE SIZE** 12 x 1000 ml

| DATE | INVOICE NAME/# | LOT # | EXP. DATE | MFR | RECEIVED/USED (+/-) | BALANCE |
|------|----------------|-------|-----------|-----|---------------------|---------|
| 5-20-202 | | | 9-2023 | | + 24 | 24 |
| 3-13-202 | | | 4-2025 | | + 12 | 36 |
| 5\3\23 | | | 9\2023 | | -4 | 32 |
| 10-2-23 | | | 9-2023 | | - 20 | 12 |
| 02-01-24 | | | 01-2026 | | + 12 | 24 |
| 8-29-24 | | | 4-2025 | | -2 | 22 |
| 2-13-25 | | | 4-2025 | | -2 | 20 |
| 3-17-25 | | | 2-2027 | | + 24 | 44 |
| 3-17-25 | | | 2-2027 | | +24 | 44 |
| 3/20/25 | | | 1-2026 | | -2 | 42 |
| 4/8/25 | | | 4-2025 | | -8 | 34 |
| 4/8/25 | | | 1-2026 | | -4 | 30 |
| 5/1/25 | | | 1-2026 | | -2 | 28 |
| 5/15/25 | | | 1-2026 | | -2 | 26 |
| 5/29/25 | | | 7-2027 | | +12 | 38 |
| 6/2/25 | | | 8-2027 | | +24 | 62 |
| 6/12/25 | | | 1-2026 | | -2 | 60 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Rocuronium 50mg/5mL    **Package Size:** 10 x 5mL    **Page:** 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|---|---|---|---|---|---|---|
| 3/7/2024 | | | | 06/31/2025 | + 40 | 40 |
| 1/3/2025 | | | | 9/30/2025 | + 90 | 130 |
| 4/2/25 | | | | 4/30/2026 | + 80 | 210 |
| 4/2/25 | | | | 8/30/2026 | + 40 | 250 |
| 5/15/25 | | | | 6/31/2025 | — 40 | 210 |
| 7/28/25 | | | | 10/31/2026 | +360 | 570 |
| 8/19/25 | | | | 9/30/2025 | —40 | 530 |
| 8/29/25 | | | | 9/30/2025 | —40 | 490 |
| 9/17/25 | | | | 9/30/2025 | —10 | 480 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Rocuronium 50mg/5mL  *Package Size:* 10 x 5mL    Page: 1

PREVIOUS BALANCE: 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 8/15/2023 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | 01/31/2026 | + 100 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DRUG NAME:** Rocuronium 100mg/10mL  **Package Size:** 10 x 10mL (10 per box)  **Page:** 1

**PREVIOUS BALANCE:** 0

| DATE | VENDOR NAME | INVOICE NUMBER | LOT# | EXP. DATE (MM/DD/YYYY) | RECEIVED/USED (+/-) | BALANCE |
|------|-------------|----------------|------|------------------------|---------------------|---------|
| 3/7/24 | | | | 06/31/2025 | + 10 | 10 |
| 3/11/24 | | | | 06/31/2025 | + 80 | 90 |
| 1/3/2025 | | | | 3/31/2026 | + 30 | 120 |
| 3/6/25 | | | | 3/31/2026 | + 100 | 220 |
| 3/20/25 | | | | 6/31/2025 | − 20 | 200 |
| 4/2/25 | | | | 3/31/2025 | + 200 | 400 |
| 4/8/25 | | | | 6/31/2025 | − 20 | 380 |
| 4/16/25 | | | | 6/31/2025 | − 10 | 370 |
| 4/23/25 | | | | 10/31/2026 | + 30 | 400 |
| 4/23/25 | | | | 3/31/2026 | + 70 | 470 |
| 5/1/25 | | | | 6/31/2025 | − 20 | 450 |
| 5/23/25 | | | | 10/31/2026 | + 100 | 550 |
| 6/9/25 | | | | 6/31/2025 | − 10 | 540 |
| 6/12/25 | | | | 6/31/2025 | − 10 | 530 |
| 6/2/25 | | | | 3/31/2026 | − 10 | 520 |
| 6/25/25 | | | | 3/31/2026 | − 10 | 510 |
| 7/16/25 | | | | 3/31/2026 | − 20 | 490 |
| 7/28/25 | | | | 10/31/2026 | + 240 | 730 |
| 7/28/25 | | | | 3/31/2026 | − 20 | 710 |
| 7/28/25 | | | | 10/31/2026 | − 10 | 700 |
| 9/17/25 | | | | 3/31/2026 | − 15 | 685 |
| 9/30/25 | | | | 3/31/2026 | − 20 | 665 |

| INVOICE DATE | 07/28/2025 |
|---|---|
| PO | |
| ORDER DATE | 07/25/2025 |
| SHIP DATE | 07/28/2025 **PIECES INVOICED** 77 |

| LINE | ITEM | NDC/UPC | ORIG ORDER QTY | ORDER QTY | INVOICED QTY | OMIT CODE | UOM | DESCRIPTION | SIZE | FORM | CLASS | MSG | DEPT/ACC/CC2 | UNIT PRICE | EXTENDED PRICE | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5 | 5 | 4 | | | POTASS ACET SD 2MEQ/ML2SX20ML FTV | 25X20 | SD | | | EXP: 12/26 | 77.38 | 309.52 | |
| | | | 24 | 24 | 21 | | | ROCURONIUM MD 10MG/ML 10X10ML | 10X10 | MD | | | 10/26 | 21.66 | 454.86 | |
| | | | 24 | 24 | 3 | | | ROCURONIUM MD 10MG/ML 10X10ML | 10X10 | MD | | | 10/26 | 21.66 | 64.98 | |
| | | | 36 | 36 | 22 | | | ROCURONIUM MD 10MG/ML 10X5ML | 10X5M | MD | | | 10/26 | 20.48 | 450.56 | |
| | | | 36 | 36 | 14 | | | ROCURONIUM MD 10MG/ML 10X5ML | 10X5M | MD | | | 10/26 | 20.48 | 286.72 | |
| | | | 5 | 5 | 5 | | | ETOMIDATE SD 2MG/ML 10X20ML | 10X20 | SD | | | 3/27 | 41.73 | 208.65 | |
| | | | 1 | 1 | 1 | | | HYDROXYZ HCL SD 25MG/ML 25X1ML | 25X1M | SD | | | 8/26 | 459.02 | 459.02 | |
| | | | 2 | 2 | 2 | | | LIDOCAINE HCL MD 1% 25X10ML | 25X10 | MD | | | 4/27 | 18.93 | 37.86 | |
| | | | 5 | 5 | 1 | | | POTASS ACET SD 2MEQ/ML25X20ML FTV | 25X20 | SD | | | 12/26 | 77.38 | 77.38 | |
| | | | 2 | 2 | 2 | | | POTASS ACET SD 2MEQ/ML25X50ML FTV | 25X50 | SD | | | 10/26 | 254.65 | 509.30 | |
| | | | 2 | 2 | 2 | | | SODIUM CL SF 0.9% 25X20ML | 25X20 | SF | | | 10-31-26 | 54.38 | 108.76 | |

```
----------------SUMMARY----------------
TOTAL RX          2,967.61
TOTAL OTC             0.00
NET AMOUNT        2,967.61
```

| SUB TOTAL | 2,967.61 |
|---|---|
| | |
| | |
| | |
| | |
| GRAND TOTAL | 2,967.61 |
| TOTAL DUE BY | 08/27/2025 |

Page:    1

## Invoice

**Invoice Date:** 9/18/2025

**Order Date** 9/15/2025

| Customer P.O. | Terms: Due Date<br>Net 30: 10/18/2025 | Account Manager: | Ship VIA<br>GROUND | Customer Number: |
|---|---|---|---|---|

| NDC# | Ordered | Shipped | Remaining | Price Each | Amount |
|---|---|---|---|---|---|
| | 50.00 | 50.00 | 0.00 | 69.00 | 3,450.00 |

ETOMIDATE 20MG SDV 10X10ML

Expiration date: 4/30/2027        **Lot Qty:**        48.00

Expiration date: 4/30/2027        **Lot Qty:**         2.00



| | |
|---|---|
| Net Invoice: | 3,450.00 |
| Less Discount: | 0.00 |
| Freight: | 36.49 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 3,486.49 |

# APPENDIX C

## DECLARATION OF JOEL ZIVOT, M.D., FRCP(C), MA, JM

COMES NOW the declarant, Joel Zivot, M.D., and declares under the penalty of perjury all as follows:

1.    I am an associate professor and senior member of the Departments of Anesthesiology and Surgery, Emory University School of Medicine, in Atlanta, Georgia. I am the former Medical Director of the Cardiothoracic Intensive Care Unit at Emory University Hospital. I am also the former fellowship director for training in Critical Care Medicine. I hold board certification in Anesthesiology from the Royal College of Physicians and Surgeons of Canada and the American Board of Anesthesiology. I am board-certified in Critical Care Medicine from the American Board of Anesthesiology.  I have an MA in bioethics and a Master of Laws (JM).

2.    I have been in continuous practice of anesthesiology and critical care medicine for the last 31 years, during which time I have personally performed or supervised the care of over 50,000 patients. I have been retained as a medical expert in death penalty cases. In this capacity, I have been to death row to examine prisoners in 8 states, including Tennessee, Georgia, Florida, Ohio, Arkansas, Missouri, Nevada, and Arizona. I have also consulted on death penalty cases in South Carolina, Texas, California, and executions carried out by the Federal Government.

3.    I hold a medical license in Georgia and have held unrestricted medical licenses in Ohio, the District of Columbia, Michigan, and the Canadian provinces of Ontario and Manitoba. I also have a license to prescribe narcotics and other controlled substances from the US Drug Enforcement Administration (DEA).

4.    I became involved with Mr. Taylor's case at the request of his attorney. I am extremely familiar with the evolving situation regarding Florida's lethal injection protocol, and the Florida Department of Corrections' ("FDOC") recurrent maladministration of it, because I was also retained as a medical expert in the cases of Frank Walls and Ronald Heath.

5.    I know from my extensive medical practice that proper and accurate record-keeping is necessary when storing and dispensing pharmaceuticals. It is critical to properly monitor drug storage, where

1

they are dispensed, and the quantities dispensed. When a pharmaceutical has expired, its efficacy and potency are unpredictably altered. FDOC has demonstrated no capacity to understand the critical implications of these occurrences.

6.     The FDOC's drug logs show multiple deviations and questionable practices related to the protocol. On multiple occasions, the quantity of drugs removed from the inventory was less than that required by the protocol. The logs indicate that the drugs were removed from the inventory *after* the executions. In at least one instance, there is no reference to etomidate being removed from the inventory at all.

7.     Whenever pharmaceuticals are being administered, timing, quantity, and quality of the drug matter. These errors are significant and also contribute to the substantial likelihood of a drawn-out, torturous death.

8.     A further examination of drug logs shows that FDOC is, on random occasions, implementing a four-drug protocol. Lidocaine HCl 1% (10 ml) is identified as being drawn on 2 occasions. The FDOC protocol does not allow for ad hoc substitutions, and the lack of transparency creates unreasonable and serious risks. We have no way of knowing how this drug was used. Regardless, lidocaine is a drug with associated adverse effects, including allergy and toxicity, and there is a substantial likelihood that, through mistakes and delays, its usage could contribute to a torturous execution.

9.     These errors extend beyond hypothetical harm. The execution of Bryan Jennings on November 13, 2025 was highly unusual and took over 20 minutes, with documented movements well into the execution. These observations suggest, at a minimum, a problem with the protocol's administration. The unusual movement, beyond when a paralytic would have purportedly been administered, could be explained by an issue with drug potency, dosage, or another unexplained issue. Regardless, it is an indicator of distress, and it is my conclusion that Mr. Jennings suffered a drawn-out, torturous execution that resulted in needless suffering.

10.    This happened again as recently as March 3, 2026, during the execution of Billy Leon Kearse, which lasted a staggering 24 minutes. Mr. Kearse was observed twitching after the drugs were administered, but was not pronounced dead for another 15 minutes after that movement stopped.

2

FDOC has not been forthcoming about the source of the anomalies in that execution. Like Mr. Jennings, the drawn-out nature of Mr. Kearse's execution could be attributed to FDOC's errors in administration of the protocol. However, absent additional information, there is no way of knowing why the process took so much longer than it should have. It is my conclusion that Mr. Kearse also suffered from a drawn-out, torturous death.

11.    When administering drugs to any person, regardless of the purpose, it is critical to understand the chemical properties of the drug and understand how the drug will work. It is clear to me, upon review of how Florida has approached its lethal injection protocol during the recent 2025-2026 executions, that FDOC does not have this understanding.

12.    What is currently concerning me is that FDOC is clearly approaching its execution method in a negligent manner. Like other states, FDOC suffers from a culture of secrecy. From my experience working as an expert in other states, I believe that better DOC systems are the product of more self-reflection. A well-functioning DOC would have intervened with corrections if similar errors in the administration of an execution protocol surfaced.

13.    FDOC has access to valuable information, such as EKG rhythm strips, drug and monitor logs, and other internal records. If evaluated seriously and openly, this information could reduce errors. Until FDOC reforms its sloppy and careless execution practices, it will continue to torture prisoners to death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of March 2026, in Atlanta, Georgia:

Joel Zivot, M.D., FRCP(C), MA, JM

 March 4, 2026

3

# APPENDIX D



*Office of the*
# FEDERAL PUBLIC DEFENDER
*NORTHERN DISTRICT OF FLORIDA*

**JOSEPH F. DEBELDER**
Federal Public Defender

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

November 3, 2025

Florida Department of Corrections
Attn: Public Records Division
501 South Calhoun Street
Tallahassee, FL 32399                    *SENT VIA ONLINE PORTAL*

Re: Execution Drug Inventory Logs and Protocols

Dear Records Clerk,

This is a Public Records Request pursuant to Chapter 119 of the Florida Statutes for the following records maintained by your agency.

- All inventory logs for the receipt of, request for, or disposal of lethal injection drugs used by DOC for the purpose of executions. These logs should include but not be limited to inventory logs, drug usage logs, disposal logs, etc., from the past 6 months.
- Any and all public and internal lethal injection protocols written, published and maintained by DOC.
- Invoices and records pertaining to the purchasing and acquisition of drugs used in lethal injection to include, but not limited to, etomidate, rocuronium bromide, potassium acetate, sodium chloride, lidocaine, and hydroxyzine.

Additionally, I request a complete and thorough search of all filing systems and locations for all records maintained by your agency pertaining to the above mentioned requests which should include any electronic filing systems.

If documents are denied in part or in whole, please specify which exemptions are claimed for each passage or whole document denied. Please also include a complete itemized inventory and a detailed factual justification of total or partial denial of documents.

Our office would be willing to pay for the production or duplication of any documents. However, if there are fees associated with this request please inform me before processing. Please feel free to contact me at (850) 942-8818 or Holly_Ayers@fd.org. I look forward to receiving your response within the statutory time period.


Sincerely,

*/s/Holly C. Ayers*
Holly C. Ayers
Investigator
Office of the Federal Public Defender

2

*Office of the*
# FEDERAL PUBLIC DEFENDER
*NORTHERN DISTRICT OF FLORIDA*



**JOSEPH F. DEBELDER**
Federal Public Defender

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

November 3, 2025

Florida Department of Law Enforcement
Attn: Office of General Counsel Public Records
P.O. Box 1489
Tallahassee, FL 32302-1489
Email: publicrecords@fdle.state.fl.us      *SENT VIA EMAIL*

Re: FDLE Execution Monitor Logs

Dear Records Clerk,

This is a Public Records Request pursuant to Chapter 119 of the Florida Statutes for the following records maintained by your agency.

- All execution logs for the following executions that took place in Bradford County, Florida. These executions logs should include but not be limited to FDLE monitor's logs and FDLE monitor's notes from the following executions:

    1. Anthony Wainwright on June 10, 2025
    2. Michael Bell on July 15, 2025
    3. Kayle Bates on August 19, 2025
    4. Curtis Windom August 28, 2025
    5. Victor Jones on September 30, 2025

Additionally, I request a complete and thorough search of all filing systems and locations for all records maintained by your agency pertaining to the above mentioned

requests which should include any electronic filing systems.

If documents are denied in part or in whole, please specify which exemptions are claimed for each passage or whole document denied. Please also include a complete itemized inventory and a detailed factual justification of total or partial denial of documents.

Our office would be willing to pay for the production or duplication of any documents. However, if there are fees associated with this request please inform me before processing. Please feel free to contact me at (850) 942-8818 or Holly_Ayers@fd.org. I look forward to receiving your response within the statutory time period.

Sincerely,

*/s/Holly C. Ayers*
Holly C. Ayers
Investigator
Office of the Federal Public Defender

2

# APPENDIX E

From:     Florida DOC Public Records Portal
To:       Holly Ayers
Subject:  Florida Department of Corrections Public Records Request :: R047375-110325
Date:     Wednesday, January 21, 2026 3:20:14 PM

**EXTERNAL SENDER**

--- Please respond above this line ---



GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

RE: PUBLIC RECORDS REQUEST of November 03, 2025., Reference # R047375-110325.

Dear Investigator Holly Ayers,

The Florida Department of Corrections received a public information request from you on November 03, 2025. Your request mentioned:

**" All inventory logs for the receipt of, request for, or disposal of lethal injection drugs used by DOC for the purpose of executions. These logs should include but not be limited to inventory logs, drug usage logs, disposal logs, etc., from the past 6 months.**
**• Any and all public and internal lethal injection protocols written, published and maintained by DOC.**
**• Invoices and records pertaining to the purchasing and acquisition of drugs used in lethal injection to include, but not limited to, etomidate, rocuronium bromide, potassium acetate, sodium chloride, lidocaine, and hydroxyzine.**

**Please see the attached formal records request (uploaded to this request)."**

The Florida Department of Corrections has reviewed your request and has determined that the records requested are exempt from disclosure under Chapter 119 or Section 945.10, Florida Statutes, for the following reasons:

==These records are confidential and exempt under 945.10, Fla. Stat. in their entirety, so there are no responsive records to produce that would not be entirely redacted.==

Sincerely,

Khalfani Jones
Government Operations Consultant I
Public Records Central Office Review Unit



Governor
**RON DESANTIS**

Secretary
**RICKY D. DIXON**

501 South Calhoun Street, Tallahassee, FL 32399-2500                    www.dc.state.fl.us

Dear Investigator Holly Ayers:

Thank you for your interest in public records of the Florida Department of Corrections. Your request has been received and is being processed. Your request was received in this office on 11/3/2025 1:09:58 PM and given the reference number R047375-110325 for tracking purposes. Please be advised that your request will be processed in the order of receipt. **Please do not submit duplicate requests, as this will only slow down the process.** If you need to update your request, please respond to this email advising what you need updated. Also, please do not send the same request using different methods to transmit the request (mail, fax, phone, etc.), or to different offices or institutions as this will slow down the process as well. The same custodians will work on your request no matter how or where it is submitted. We are unable to expedite requests.

**Records Requested:** • All inventory logs for the receipt of, request for, or disposal of lethal injection drugs used by DOC for the purpose of executions. These logs should include but not be limited to inventory logs, drug usage logs, disposal logs, etc., from the past 6 months.
• Any and all public and internal lethal injection protocols written, published and maintained by DOC.
• Invoices and records pertaining to the purchasing and acquisition of drugs used in lethal injection to include, but not limited to, etomidate, rocuronium bromide, potassium acetate, sodium chloride, lidocaine, and hydroxyzine.

Please see the attached formal records request (uploaded to this request).

Your request will be assigned to the relevant department(s) and custodians to locate the information you seek and determine the volume of responsive records and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. If there is a cost associated with your request, prior to any records being prepared for release, you will need to make payment on the invoice that is issued in response to the responsive records in question. Once payment is received, the responsive records will be prepared for release, including the redaction of information that is exempt from public record. This process will be done in order of payment receipt.

You can monitor the progress of your request at the link below and you'll receive an email when you have information to review or respond to, as well as at each step of the request through completion. Again, thank you for using the Florida Department of Corrections Public Records Portal.
Public Records Mainline: 850-717-9774

https://floridadoc.govqa.us/WEBAPP/_rs/RequestEdit.aspx?rid=47375&coid=

Florida Department of Corrections

To monitor the progress or update this request please log into the Florida Department of Corrections Public Records Portal at https://floridadoc.govqa.us/WEBAPP/.

To monitor the progress or update this request please log into the **Florida Department of Corrections Public Records** Portal at https://floridadoc.govqa.us/WEBAPP/.

# APPENDIX F

*Office of the*
# FEDERAL PUBLIC DEFENDER
*NORTHERN DISTRICT OF FLORIDA*



**JOSEPH F. DEBELDER**
Federal Public Defender

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

February 13, 2026

Florida Department of Corrections
Attn: Public Records Division
501 South Calhoun Street
Tallahassee, FL 32399                *SENT VIA ONLINE PORTAL*

Re: *Denial of PRR #R047375-110325*

Dear Records Clerk,

    This is follow-up regarding the *denial* of our request for the information below pursuant to Chapter 119 of the Florida Statute for the following records maintained by your agency.

- All inventory logs for the receipt of, request for, or disposal of lethal injection drugs used by DOC for the purpose of executions. These logs should include but not be limited to inventory logs, drug usage logs, disposal logs, etc., from the past 6 months.
- Any and all public and internal lethal injection protocols written, published and maintained by DOC.
- Invoices and records pertaining to the purchasing and acquisition of drugs used in lethal injection to include, but not limited to, etomidate, rocuronium bromide, potassium acetate, sodium chloride, lidocaine, and hydroxyzine.

    My original request specifically asked if documents are denied in part or in whole, your agency please specify which exemptions are claimed for each passage or whole document denied. I also asked your agency to include a complete itemized inventory

1

and a detailed factual justification of total or partial denial of documents. Section 945.10 of the Florida Statute includes several subsections. Please send us a more detailed reason for the blanket denial of my request.

Please feel free to contact me at (850) 942-8818 or Holly_Ayers@fd.org. I look forward to receiving your response within the statutory time period.


Sincerely,

*/s/Holly C. Ayers*
Holly C. Ayers
Investigator
Office of the Federal Public Defender

2

**GOVERNOR**
**RON DESANTIS**

**FLORIDA**
**DEPARTMENT OF**
**CORRECTIONS**

**SECRETARY**
**RICKY DIXON**

March 2, 2026

Holly Ayers, Federal Public Defender

*Sent via Email*

Re: *Letter sent to FDC records clerk regarding Denial of PRR #R047375-110325*

Dear Ms. Ayers,

Our office is in receipt of a letter you sent to our Public Records Division that was forwarded to us regarding a public records request you made that was denied.  Please be advised that to the extent that you are seeking these records in furtherance of any litigation in which the Department is a represented party or third party, contacting our records unit without going through counsel is an ethics violation. *See Florida Bar Rule of Professional Conduct 4-4.2* and comments regarding represented organizations.  This applies even if a staff member from your office files the public records request.  *See also City of St. Petersburg v. Dorchester Holdings, LLC*, 331 So. 3d 799, 803, fn. 2 (Fla. 2d DCA 2021) (noting that Florida's public records law "does not provide an attorney who represents a party in pending litigation with carte blanche to directly contact a represented opposing party"). I'm sure this was unknowingly done, but we wanted to make sure that your office is aware for the future.

As to your request for specific grounds for confidentiality, the records requested either do not exist, or are confidential and exempt from disclosure via public records request under Section 945.10(1)(e), (g), (i), and/or (j), Fla. Stat. As to your request for an inventory of those documents, public records law in Florida does not require an agency to create a document in response to a public records request.

As to your request for "any and all public and internal lethal injection protocols written, published and maintained by DOC," the only current lethal injection protocol is that published publicly on the Department's website.

Sincerely,

**Kristen J. Lonergan**
Chief Legal Counsel
Risk Management and Litigation Compliance Unit
Office of General Counsel